UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JING SUN,
                                    Plaintiff,    :        22 Civ. 2265 (LGS)

         -against-              :        ORDER

THOMAS CIOPPA,
                                  Defendant.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated April 6, 2022, required the parties to file a proposed case management plan and joint letter seven by May 11, 2022, and scheduled an initial pretrial conference for May 18, 2022, at 4:10 p.m.  (Dkt. No. 2.)

    WHEREAS, no such materials were filed, Defendant has not appeared and Plaintiff has not filed proof of service on the docket.  It is hereby

    **ORDERED** that if Plaintiff has been in communication with Defendant, then the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **May 16, 2022**, at **noon**.  If Plaintiff has not been in communication with Defendants, he shall file a status letter regarding his efforts to serve Defendants and request an adjournment of the initial conference as soon as possible and no later than **May 16, 2022**, at **noon**.

Dated: May 13, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE