UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JING SUN,                                                    :
:
                          Plaintiff,    :      22 Civ. 2265 (LGS)
:
      -against-                                      :      ORDER
:
THOMAS CIOPPA,                                               :
                         Defendant.    :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated April 6, 2022, required the parties to file a proposed case management plan and joint letter seven by May 11, 2022, and scheduled an initial pretrial conference for May 18, 2022, at 4:10 p.m.  (Dkt. No. 2.)

    WHEREAS, no such materials were filed, Defendant had not appeared and Plaintiff had not filed proof of service on the docket.

    WHEREAS, the Order dated May 13, 2022, required the parties to file a joint letter and proposed case management plan as soon as possible and no later than May 16, 2022, at noon, if the Plaintiff had been in communication with Defendant.  If Plaintiff had not been in communication with Defendant, the Order required Plaintiff to file a status letter regarding his efforts to serve Defendant and request an adjournment of the initial conference as soon as possible and no later than May 16, 2022, at noon.  (Dkt. No. 3.)

    WHEREAS, no party filed a status letter by May 16, 2022, at noon.  Defendant has not appeared, and Plaintiff has not filed proof of service.  It is hereby

**ORDERED** that the parties shall comply with the Order as soon as possible and no later than **May 18, 2022, at noon**.  Failure to comply with this Order may result in sanctions, including dismissal with prejudice for failure to prosecute.

Dated: May 17, 2022
       New York, New York

                                          LORNA G. SCHOFIELD
                                     UNITED STATES DISTRICT JUDGE