```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   JING SUN,                                                :
                                                            :
                                  Plaintiff,                :      22 Civ. 2265 (LGS)
                                                            :
                -against-                                   :      ORDER
                                                            :
   THOMAS CIOPPA,                                           :
                                                            :
                                  Defendant.                :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated April 6, 2022, required the parties to file a proposed case management plan and joint letter seven by May 11, 2022, and scheduled an initial pretrial conference for May 18, 2022, at 4:10 p.m.  (Dkt. No. 2.)

WHEREAS, no such materials were filed, Defendant had not appeared and Plaintiff had not filed proof of service on the docket.

WHEREAS, the Order dated May 13, 2022, required the parties to file a joint letter and proposed case management plan as soon as possible and no later than May 16, 2022, at noon, if the Plaintiff had been in communication with Defendant.  If Plaintiff had not been in communication with Defendant, the Order required Plaintiff to file a status letter regarding his efforts to serve Defendant and request an adjournment of the initial conference as soon as possible and no later than May 16, 2022, at noon.  (Dkt. No. 3.)

WHEREAS, no party filed a status letter by May 16, 2022, at noon.  Defendant has not appeared, and Plaintiff has not filed proof of service.

WHEREAS, on May 18, 2022, prior to the docketing of the Court's May 17, 2022, Order (Dkt. No. 5), Plaintiff filed a letter motion under seal requesting the adjournment of the May 18, 2022, initial conference.  The letter also stated that Plaintiff had not yet been able to serve

Defendant and will be filing the appropriate paperwork today to effect service.  (Dkt. No. 4.)  It is hereby

**ORDERED** that, by **June 16, 2022**, Plaintiff shall file proof of service on the docket.  It is further

**ORDERED** that the initial conference scheduled for May 18, 2022, is **ADJOURNED** to **July 20, 2022**, at **4:10 p.m.**  The conference will take place telephonically and will occur on the following conference line: 888-363-4749, access code: 5583333.  The time of the conference is approximate, but the parties shall be prepared to begin at the scheduled time.  It is further

**ORDERED** that by **July 13, 2022**, the parties shall file a joint letter and case management plan.  (*See* Dkt. No. 3.)

Dated: May 18, 2022
        New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**